

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00622-CR

Juan Jose **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CRS-504-D4
Honorable O.J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
          Rebecca Simmons, Justice
          Steven C. Hilbig, Justice

Delivered and Filed: August 26, 2009

DISMISSED

On May 27, 2009, we abated this case to the trial court to conduct a hearing pursuant to Rule 38.8(b)(2). *See* TEX. R. APP. P. 38.8(b)(2). On August 14, 2009, the trial court filed a supplemental reporter's record and a supplemental clerk's record containing its findings of fact and conclusions of law. The trial court found that appellant waived his right to appeal in this case based on a plea agreement he accepted in a subsequent case. As an exhibit to its finding, the trial court attached the

reporter's record from the March 18, 2009 plea hearing in trial court number 2006-CRS-503-D4. At this hearing, appellant appeared and, as part of his plea agreement with the State in that case, orally waived his right to appeal in trial court number 2005-CRS-504-D4. In addition, the plea papers for trial court number 2006-CRS-503-D4 contain a written waiver of the right to appeal in trial court number 2005-CRS-504-D4 which was signed by appellant.

Accordingly, it is ORDERED that this appeal is REINSTATED on this Court's docket. Because the record affirmatively shows that appellant expressly waived his right to appeal in this case as part of a plea agreement in a subsequent case, we DISMISS this appeal.


PER CURIAM


DO NOT PUBLISH